# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ENABLE MISSISSIPPI RIVER
TRANSMISSION LLC                                          PLAINTIFF

v.                       No. 1:17-cv-50-DPM

TANNER CONSTRUCTION
COMPANY INC.                                              DEFENDANT

## ORDER

Enable's motion to remand, № 6, is granted as stipulated, № 8, based on lack of subject matter jurisdiction. This case is remanded to the Circuit Court of Jackson County, Arkansas.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 August 2017